RANDY S. PERLMAN SB#137862
BRAGG, PERLMAN, RUSS,
STUNICH & EADS, LLP
1036 Fifth Street, Suite E
P.O. Box 1248
Eureka, CA 95502-1248
Telephone: (707) 442-2927
Fax No.: (707) 443-2747

Attorney for Defendant
Richard Barnett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation<br><br>Plaintiff<br><br>vs.<br><br>RICHARD BARNETT and MARIO ALEXANDER,<br><br>Defendant. | NO.: CV 10 0077 EMC<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>ORDER |

Plaintiff Allstate Insurance Company, an Illinois Corporation and defendant Richard Barnett, by and through their respective attorneys of record, hereby stipulate that an extension of time of 30 days for the defendant Richard Barnett to respond to the Complaint on file herein, leaving the response due on April 7, 2010.

IT IS SO STIPULATED:

Dated: March 3, 2010          By: _____
                                  RANDY S. PERLMAN, for Defendant
                                  Richard Barnett

Dated: March 4, 2010          By: _____
                                  MICHAEL BARNES, for Plaintiff
                                  Allstate Insurance Company, an Illinois

Page 1
Stipulation and Order re: Extension of Time to File Answer to Complaint

| | |
|---|---|
| 1 | Corporation |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 6 | Dated: 3/12/10    By: _____ |

