MICHAEL BARNES (State Bar No. 121314)
JONE TRAN (State Bar No. 239311)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Ste. 800
Walnut Creek, California  94596-7342
Telephone:  (925) 949-2600
Facsimile:  (925) 949-2610
Emails:     mbarnes@sonnenschein.com
            jotran@sonnenschein.com

Attorneys for Plaintiff and Counter-Defendant
ALLSTATE INSURANCE COMPANY


MARIO ALEXANDER
829 "C" Street, Apt. 5         P.O. Box 3232
Eureka, California  95501      Eureka, California  95502
Telephone:  (707) 616-0862

Defendant In Propria Persona
MARIO ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>RICHARD BARNETT and MARIO ALEXANDER,<br><br>        Defendants.<br><br>RELATED COUNTERCLAIM. | No. C 10-00077 EMC<br><br>**STIPULATION OF MARIO ALEXANDER TO BE BOUND BY JUDGMENT AND PROPOSED ORDER THEREON** ; ORDER |

### STIPULATION TO BE BOUND BY JUDGMENT

WHEREAS defendant Mario Alexander is the plaintiff in an underlying state court action against defendant Richard Barnett, an Allstate policyholder, styled *Alexander v. Barnett*, Humboldt County Superior Court case no. DR090825 (the "Underlying Action"); and

1   WHEREAS Allstate has commenced this action for declaratory relief to determine whether its policy requires it to defend or indemnify Mr. Barnett in the Underlying Action under his homeowners policy; and

4   WHEREAS Mr. Alexander, as the underlying plaintiff, is a potential claimant under Mr. Barnett's Allstate policy pursuant to California Insurance Code section 11580 and has been joined in this action as a nominal defendant to bind him to the judgment and thereby to prevent inconsistent rulings; and

8   WHEREAS Mr. Alexander resides more than 250 miles from the courthouse and lacks the financial resources to engage counsel to represent him in this action or to travel to court for appearances; and

11   WHEREAS Mr. Alexander does not wish to bear the burden of litigating coverage under an insurance policy to which he is not a party; and

13   WHEREAS Mr. Alexander is willing to be bound by any ruling by this Court decreeing Allstate's coverage obligations with respect to the Underlying Action; and

15   WHEREAS Mr. Alexander's active participation in this action is unnecessary for the complete, fair and efficient adjudication of the coverage issues raised by the pleadings in this action;

18   NOW, THEREFORE, Allstate and Mr. Alexander hereby stipulate and agree that Mr. Alexander will be bound by any judgment, order or other ruling herein decreeing the rights, responsibilities and obligations of the parties with respect to the issues addressed in Allstate's complaint for declaratory relief in this action, and acknowledges that this Court's rulings thereon will be binding upon him.  To that end, Mr. Alexander shall be entitled to receive all pleadings, motions, discovery, discovery responses and other documents served or filed by the parties or the Court, but shall be otherwise excused from participating in or attending Court proceedings, provided that, for purposes of appearing to give testimony or to produce documents at deposition or trial, Mr. Alexander shall be deemed a party to this action.

27   / / /

28   / / /

Case No. C 10-00077 EMC        -2-   STIPULATION OF M. ALEXANDER TO BE BOUND BY JUDGMENT AND PROPOSED ORDER THEREON

1  IT IS SO STIPULATED.

2  **Filer's Attestation**

3  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under
4  penalty of perjury that the concurrence in the filing of this document has been obtained from its
5  signatories.

6  DATED: June 25, 2010          BY   /s/ JONE TRAN
7                                      JONE TRAN

8                                 Respectfully Submitted,
9  Dated: June 25, 2010           SONNENSCHEIN NATH & ROSENTHAL LLP

11                                 By   /s/ JONE TRAN
12                                      JONE TRAN

13                                 Attorneys for Plaintiff and Counter-Defendant
                                   ALLSTATE INSURANCE COMPANY

16  Dated: June __, 2010           DEFENDANT IN PROPRIA PERSONA

18                                 By _____
                                        MARIO ALEXANDER

19                                 Defendant In Propria Persona
20                                 MARIO ALEXANDER

21  IT IS SO ORDERED.

23  Dated: August 2, 2010          _____
24                                 UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Case No. C 10-00077 EMC       -3-  STIPULATION OF M. ALEXANDER TO BE BOUND
                                   BY JUDGMENT AND PROPOSED ORDER THEREON