RANDY S. PERLMAN SB#137862
BRAGG, PERLMAN, RUSS,
STUNICH & EADS, LLP
1036 Fifth Street, Suite E
P.O. Box 1248
Eureka, CA 95502-1248
Telephone: (707) 442-2927
Fax No.: (707) 443-2747

Attorney for Defendant
Richard Barnett

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation<br><br>Plaintiff<br><br>vs.<br><br>RICHARD BARNETT and MARIO ALEXANDER,<br><br>Defendant. | **NO.:** CV 10 0077 EMC<br><br>**STIPULATION AND ORDER RE: MOVING THE HEARING FOR THE MOTION TO STAY, MOTION FOR DISMISSAL AND MOTION FOR SUMMARY JUDGEMENT** |

Plaintiff Allstate Insurance Company, an Illinois Corporation and defendant Richard Barnett, by and through their respective attorneys of record, hereby stipulate to move the motion hearings set for August 11, 2010 at 10:30a.m. to August 25th, 2010 at 10:30.

IT IS SO STIPULATED:

Dated: August 4, 2010           By: _____
                                    RANDY S. PERLMAN, for Defendant
                                    Richard Barnett

Dated: August 4, 2010           By: _____
                                    MICHAEL BARNES, for Plaintiff
                                    Allstate Insurance Company, an Illinois
                                    Corporation

1
2   PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4
    Dated:      8/5/10                          By: _____
5                                                  [Signature: Judge Edward M. Chen]
6                                                  United States Magistrate Judge, Northern
7                                                  District of California
8