**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
8
9   Allstate Insurance Company,                  No. CV10-00077 EMC
10              Plaintiff,                **ORDER DISMISSING DEFENDANT MARIO ALEXANDER**
11         v.
12  Richard Barnett,
13              Defendant.
14  _____/
15
16         Per parties' agreement, Defendant Mario Alexander is dismissed with prejudice.
17         IT IS SO ORDERED.
18
19  Dated:    February 4, 2011
20
21                                  _____
22                                  EDWARD M. CHEN
                                    United States Magistrate Judge
23
24
25
26
27
28