MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
ASLAN BANANZADEH (State Bar No. 262608)
SNR DENTON US LLP
2121 N. California Blvd., Ste. 800
Walnut Creek, California  94596-7342
Telephone:     (925) 949-2600
Facsimile:      (925) 949-2610
Emails:          michael.barnes@snrdenton.com
                     sonia.martin@snrdenton.com
                     jone.tran@snrdenton.com
                     shawn.bananzadeh@snrdenton.com

Attorneys for Plaintiff and Counter-Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BARNETT and MARIO ALEXANDER,<br><br>Defendants.<br><br>RELATED COUNTERCLAIM. | Case No. C 10-00077 EMC<br><br>ALLSTATE INSURANCE COMPANY'S REQUEST FOR A SPECIAL CASE MANAGEMENT CONFERENCE<br><br>ORDER SETTING CMC |

Allstate Insurance Company hereby requests that the Court schedule a special Case Management Conference to address the following issue that requires prompt attention.

As the Court will recall, the instant case questions whether an Allstate homeowners policy covered a previous state court action against defendant Richard Barnett by Mario Alexander, formerly a defendant herein.  Mr. Barnett's counsel has repeatedly referred to Mr. Alexander (the victim of a Humboldt County shooting) as Allstate's "star witness."

Following the last Case Management Conference, on June 8, 2011, Mr. Barnett's counsel, Randy Perlman, sent a letter to Mr. Alexander's criminal attorney, which stated that Mr. Perlman

1 was providing a copy of Mr. Alexander's deposition testimony in this action to the local
2 prosecutors. (*See* Exhibit A.) Mr. Perlman had questioned Mr. Alexander extensively in that
3 deposition about a current pending criminal action against him, and then sent the deposition
4 transcript to the District Attorney for the apparent purpose of building a criminal case against Mr.
5 Alexander to render him unavailable for trial or to damage his credibility as a witness should he
6 appear at trial herein.

7 Allstate therefore requests the Court schedule a special Case Management Conference to
8 address the propriety of defense counsel assisting in the prosecution of a key trial witness who is
9 expected to testify against his client. Allstate further requests the conference be scheduled on
10 August 19, 2011, concurrent with the hearing on Allstate's motion to dismiss and strike.

11 Respectfully submitted,

12 Dated: August 4, 2011    SNR DENTON US LLP

15
16    By _____/s/ Michael Barnes_____
         MICHAEL BARNES

17 Attorneys for Plaintiff and Counter-Defendant
18 ALLSTATE INSURANCE COMPANY

22 IT IS SO ORDERED that a Case Management Conference is set for 8/19/11 at 1:30 p.m.

24 _____
   Edward M. Chen
25 U.S. District Judge



Case No. C 10-00077 EMC        -2-        ALLSTATE'S REQUEST FOR SPECIAL
                                          CASE MANAGEMENT CONFERENCE

EXHIBIT A

LAW OFFICES OF

# BRAGG, PERLMAN, RUSS, STUNICH & EADS LLP

WILLIAM R. BRAGG
RANDY S. PERLMAN
LISA A. RUSS
ANDREW J. STUNICH
JASON J. EADS
SARAH HAUCK

\* \* \* \* \*

DONALD B. ROBERTS, of Counsel
RONALD F. ANGELL, Retired
MICHAEL J. HILL, Retired

1036 FIFTH STREET, SUITE E
EUREKA, CALIFORNIA 95501

Telephone: (707) 442-2927
Fax: (707) 443-2747
E-mail address: sverbich@bragglaweureka.com

MAILING ADDRESS:
P. O. Box 1248
Eureka, CA 95502

June 8, 2011

Via Email Only
gloriasheets2005@yahoo.com
Gloria Sheets
Attorney at Law

Re: Pending charges against your client Mario D'Angelo Alexander

Dear Ms. Sheets:

Your client Mario D'Angelo Alexander testified in a civil deposition on May 5th, 2011. Attached is a copy of the transcript. At page 69 he admits to owning the Sig Sauer and the Mossberg that are part of the pending charges against him. As you can see the deposition was also videotaped. As you can also see at the outset of the deposition I tried to convince your client and other counsel, Michael Barnes, to contact you before the deposition went forward in light of the pending charges and in light of the fact that my client's interests in the civil matter were adverse to Mr. Alexander's.

Please be advised that a copy of the transcript has been forwarded to Jeremiah V. Ross, Deputy District Attorney, who I informed that I would be providing you a copy. I also offered to share with Mr. Ross any and all contents of my file that might assist him in the prosecution of your client.

If you should have any questions, please do not hesitate to call.

Sincerely,

Randy S. Perlman

RSP:sv
Enc.
cc. via emails w/o enclosures: Michael Barnes; Jeremiah V. Ross