UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | No. C-10-0077 EMC |
|     Plaintiff, | |
|     v. | **ORDER RE DEFENDANT'S MOTION TO CONTINUE** |
| RICHARD BARNETT, *et al.*, | **(Docket No. 147)** |
|     Defendants. | |
| _____/ | |

    Defendant Richard Barnett has moved to continue the trial, currently scheduled to begin on December 12, 2011. In the motion, Mr. Barnett argues for a continuance because, *inter alia*, of the unavailability of several witnesses, including himself. To the extent Mr. Barnett asserts that a witness is unavailable, the Court hereby orders that he obtain a declaration from each witness (including himself) stating under penalty of perjury that he or she is unavailable, the specific dates that he or she is unavailable, and the specific reasons why he or she is unavailable.

    The declarations shall be filed and served by 9 a.m. of November 8, 2011. In addition, a courtesy copy of the declarations should be faxed to chambers at (415) 522-4200.

    IT IS SO ORDERED.

Dated: November 4, 2011

                                                                _____
                                                                 EDWARD M. CHEN
                                                                 United States District Judge