UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,  No. C-10-0077 EMC

       Plaintiff,

    v.  **ORDER TO SHOW CAUSE**

RICHARD BARNETT, *et al.*,

       Defendants.
_____/

    Previously, the Court denied a request by Mr. Barnett's counsel to participate in the final pretrial conference by telephone. *See* Docket No. 149 (order). Counsel subsequently moved for reconsideration, which the Court denied based on the complexity of the pretrial issues and Mr. Barnett's late-filed motion to continue the trial. *See* Docket No. 152 (order). Counsel for Mr. Barnett then filed a motion to continue the pretrial conference which was, in essence, yet another motion for reconsideration, which the Court denied for the same reasons. *See* Docket No. 155 (order). Thus, prior to the final pretrial conference, the Court made clear to counsel for Mr. Barnett that a personal appearance was required for that conference and not simply a telephonic appearance.

///
///
///
///
///
///

On November 8, 2011, the final pretrial conference was held, and counsel for Mr. Barnett failed to make an appearance in person, as required by the Court's three orders above. Accordingly, the Court hereby issues this order to show cause. More specifically, counsel for Mr. Barnett is ordered to show cause why *he* (not Mr. Barnett) should not be held in criminal contempt for failure to comply with the Court's orders. A response to this order to show cause must be filed by November 23, 2011.

IT IS SO ORDERED.

Dated: November 9, 2011

_____
EDWARD M. CHEN
United States District Judge

2