1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  JONE TRAN (State Bar No. 239311)
   ASLAN BANANZADEH (State Bar No. 262608)
3  SNR DENTON US LLP
   2121 N. California Blvd., Suite 800
4  Walnut Creek, CA  94596
   Tel:  (925) 949-2600
5  Fax: (925) 949-2610
   Emails:      michael.barnes@snrdenton.com
6               sonia.martin@snrdenton.com
               jone.tran@snrdenton.com
7               shawn.bananzadeh@snrdenton.com

8  Attorneys for Plaintiff and Counterdefendant
   ALLSTATE INSURANCE COMPANY
9
   RANDY S. PERLMAN (State Bar No. 137862)
10 BRAGG, PERLMAN, RUSS, STUNICH & EADS LLP
   1036 Fifth St., Ste. E
11 P.O. Box 1248
   Eureka, CA  95502
12 Tel:  (707) 442-2927
   Fax: (707) 443-2747
13 Email:      rspesq@yahoo.com]

14 Attorney for Defendant and Counterclaimant
   RICHARD BARNETT
15

16               UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19 ALLSTATE INSURANCE COMPANY, an          Case No. 10-00077 EMC
   Illinois Corporation,
20                                          **STIPULATION FOR MUTUAL
            Plaintiff,                      DISMISSAL WITH PREJUDICE AND
21                                          [PROPOSED] ORDER THEREON**
       vs.
22
   RICHARD BARNETT,
23
            Defendants.
24

25 RELATED COUNTERCLAIM

26

27

28

   Case No.  10-00077 EMC                        STIPULATION FOR MUTUAL DISMISSAL
                                                  WITH PREJUDICE AND [PROPOSED] ORDER

SNR DENTON US LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate

2

that the First Amended Complaint and the Second Amended Counterclaim in this action shall be

3

DISMISSED in their entirety WITH PREJUDICE, concluding the action in its entirety, and ask

4

the Court to enter an order thereon.  Each side shall bear its own fees and costs.

5

  IT IS SO STIPULATED.

6

FILER'S ATTESTATION:

7

  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty

8

of perjury that the concurrence in the filing of this document has been obtained from its

9

signatories.

10

Dated:  April 3, 2012                    By _____/s/Aslan Bananzadeh_____
                                                            Aslan Bananzadeh

11

12

                                                       Respectfully submitted,

13

Dated: April 3, 2012                    SNR DENTON US LLP

14

15

                                                       By _____/s/Michael Barnes_____
                                                            MICHAEL BARNES

16

17

                                                       Attorneys for Plaintiff and Counterdefendant
                                                       ALLSTATE INSURANCE COMPANY

18

Dated: April 3, 2012                    BRAGG, PERLMAN, RUSS, STUNICH & EADS
19                                                     LLP

20

                                                       By _____/s/Randy S. Perlman_____
21                                                          RANDY S. PERLMAN

22

                                                       Attorney for Defendant and Counterclaimant
23                                                     RICHARD BARNETT

24

  IT IS SO ORDERED.

25

DATED:   4/4/12

26

27

                                                       EDWARD M. C[...]
                                                       United States Dis[...]

28

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SNR DENTON US LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CA 94596
(925) 949-2600