MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
ASLAN BANANZADEH (State Bar No. 262608)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, CA  94596
Tel:  (925) 949-2600
Fax: (925) 949-2610
Emails:     michael.barnes@snrdenton.com
            sonia.martin@snrdenton.com
            jone.tran@snrdenton.com
            shawn.bananzadeh@snrdenton.com

Attorneys for Plaintiff and Counterdefendant
ALLSTATE INSURANCE COMPANY

RANDY S. PERLMAN (State Bar No. 137862)
BRAGG, PERLMAN, RUSS, STUNICH & EADS LLP
1036 Fifth St., Ste. E
P.O. Box 1248
Eureka, CA  95502
Tel:  (707) 442-2927
Fax: (707) 443-2747
Email:       rspesq@yahoo.com]

Attorney for Defendant and Counterclaimant
RICHARD BARNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>RICHARD BARNETT,<br><br>    Defendants. | Case No. 10-00077 EMC<br><br>**STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| RELATED COUNTERCLAIM | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the First Amended Complaint and the Second Amended Counterclaim in this action shall be DISMISSED in their entirety WITH PREJUDICE, concluding the action in its entirety, and ask the Court to enter an order thereon. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: April 3, 2012        By    /s/Aslan Bananzadeh
                                  Aslan Bananzadeh

Respectfully submitted,

Dated: April 3, 2012        SNR DENTON US LLP

                            By    /s/Michael Barnes
                                  MICHAEL BARNES

                            Attorneys for Plaintiff and Counterdefendant
                            ALLSTATE INSURANCE COMPANY

Dated: April 3, 2012        BRAGG, PERLMAN, RUSS, STUNICH & EADS LLP

                            By    /s/Randy S. Perlman
                                  RANDY S. PERLMAN

                            Attorney for Defendant and Counterclaimant
                            RICHARD BARNETT

IT IS SO ORDERED.

DATED: 4/4/12

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Case No. 10-00077 EMC    - 1 -    STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE